**Vernon HENDERSON, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 64929.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 19, 1994.

Susan K. Eckles, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Movant, Vernon Henderson, appeals from the dismissal of his Rule 24.035 motion without an evidentiary hearing. The motion court dismissed movant's motion as untimely. Rule 24.035(b).

No error of law appears. An opinion would have no precedential value. The judgment of the motion court is affirmed.